UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA ESPINOZA DE CORDOVA, | CASE NO. 1:13-cv-00409-SMS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 4) |
| Defendant. | |

By a motion filed March 19, 2013, Plaintiff Juana Espinoza De Cordova seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that includes several confusing and incomplete responses, specifically the explanation of other income in response to question three and the disclosure of a savings account in question four. As a result, the Court cannot determine the nature of Plaintiff's finances.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* and directs Plaintiff to submit within thirty days a new application fully explaining Plaintiff's income and expenses, and including full information on the amount in her savings account and the nature of her ownership of it. Plaintiff may include an additional declaration under oath setting whatever factual information may be necessary to fully explain her financial situation.

IT IS SO ORDERED.

**Dated:   March 23, 2013**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1