# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA ESPINOZA DE CORDOVA,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NO. 1:13-cv-00409-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 6) |

By a motion filed April 26, 2013, Plaintiff Juana Espinoza De Cordova seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summons.

IT IS SO ORDERED.

**Dated:   April 30, 2013**                              /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE