# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA ESPINOZA DE CORDOVA, | CASE NO. 1:13-cv-00409-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | (Doc. 6) |
| _____/ | |

By a motion filed April 26, 2013, Plaintiff Juana Espinoza De Cordova seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summons.

IT IS SO ORDERED.

**Dated:    April 30, 2013**            _____/s/ **Sandra M. Snyder**_____
                        UNITED STATES MAGISTRATE JUDGE

1