Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Juana Espinoza De Cordova

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JUANA ESPINOZA DE CORDOVA, | Case No.: 1:13-CV-00409-SMS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: November 27, 2013     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
                    /s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff Juana Espinoza De Cordova

-1-

1  IT IS SO ORDERED.

2

3  DATE:  12/4/2013           /s/ SANDRA M . SNYDER
                              UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26