Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Juana Espinoza De Cordova

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

JUANA ESPINOZA DE CORDOVA,   )   Case No.: 1:13-CV-00409-SMS
                             )
           Plaintiff,        )   ORDER OF  DISMISSAL
                             )
    vs.                      )
CAROLYN W. COLVIN, Acting    )
Commissioner of Social Security, )
                             )
           Defendant.        )
_____)

     The above captioned matter is dismissed with prejudice, each party to bear
its own fees, costs, and expenses.

     DATE: November 27, 2013     Respectfully submitted,

                         LAW OFFICES OF LAWRENCE D. ROHLFING
                         /s/ *Steven G. Rosales*
                    BY:_____
                         Steven G. Rosales
                         Attorney for plaintiff Juana Espinoza De Cordova

-1-

IT IS SO ORDERED.

DATE:   12/4/2013            /s/ SANDRA M . SNYDER
                            UNITED STATES MAGISTRATE JUDGE